Steven C. SIMS and Steven Sims, Inc., Plaintiffs–Appellees,

v.

GLOBAL RESOURCE, INC., Defendant–Appellant.

No. 02–1273.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2002.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.